Clerk's Office
Filed Date: 12/4/2023

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
BROOKLYN OFFICE

F. #2020R00767

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

DANNY MIZRAHI,

           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - X

O R D E R

23-CR-461 (ENV)

Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Andrew M. Roddin, for an order unsealing the indictment and case in the above-captioned matter;

WHEREFORE, it is ordered that the indictment in the above-captioned matter and the case be unsealed in its entirety.

Dated:    Brooklyn, New York
            November 14, 2023

                                      *Marcia M. Henry*
                                      HONORABLE MARCIA M. HENRY
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK