# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No. 23-cr-461 |
| Danny Mizrahi, also known as "Dany Mizrahi" and ) | |
| "Beznick Shehu," ) | |
| *Defendant* ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 9/11/25

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

Steven Brounstein
*Printed name of defendant's attorney*

/s/Eric N. Vitaliano
*Judge's signature*

Eric N. Vitaliano, Esq.
*Judge's printed name and title*